UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

KENNETH JEROME PITTMAN,

    Movant

v.                                     Civil Action No. 2:12-1392
                                       (Criminal No. 2:07-0045)

UNITED STATES OF AMERICA,

    Respondent.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation ("PF&R") of the United States Magistrate Judge filed on May 22, 2012; and having reviewed the record herein; and there being no objections filed by either party; and it appearing proper so to do, it is ORDERED that the PF&R be, and it hereby is, adopted and incorporated herein.

It is, accordingly, ORDERED that the movant's section 2255 motion be, and it hereby is, denied.

The Clerk is directed to forward copies of this written opinion and order to the movant, all counsel of record, and the magistrate judge.

                                            DATED: July 17, 2012

                                            John T. Copenhaver, Jr.
                                            United States District Judge